# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| BRILEY MCLAURIN, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:19-cv-00044-P-BP |
| OFFICE OF THE ATTORNEY GENERAL, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge Ray made findings, conclusions, and a recommendation in this case. *See* ECF No. 11. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Finding and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** and Plaintiff's claims are **DISMISSED without prejudice.**

**SO ORDERED** on this **16th day** of **September, 2019**.

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE